GERTRUDE NEILITZ, Appellant, v. AUGUST NEILITZ, Respondent. —Appeal from an order and judgment of the Supreme Court, Chemung County Special Term, which dismissed plaintiff's complaint on the merits. The parties are husband and wife, and were living together at the time the action was commenced. The action was for an accounting, based on plaintiff's claim that she was a joint venturer with her husband in the operation of two farms, title to which was in the parties as tenants by the entirety. The trial court found the evidence insufficient to establish an express or implied contract between the parties to enter upon a joint venture. Judgment and order unanimously affirmed, without costs, but with printing disbursements to the respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 283 App. Div. 679.]

■

In the Matter of LEE WILSON, Petitioner, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.— Proceeding to review a determination of the State Tax Commission. The petitioner is a commercial artist who specializes in the coloring of photographs for advertising purposes. The State Tax Commission has ruled that in this work he does not gain the exemption from payment of the unincorporated business tax given to a "profession" by section 386 of the Tax Law. This case is governed by a series of decisions, the most recent of which is *Matter of Schmidt* v. *Bates* (282 App. Div. 980) decided by this court in November, 1953, in which we held we were unwilling to extend the professional exemptions considered in *Matter of Teaque* v. *Graves* (261 App. Div. 652) and *Matter of Geiffert* v. *Mealey* (293 N. Y. 583) to activities in new categories. Determination of the Tax Commission unanimously confirmed, with $50 costs and disbursements to the respondents. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.